**Reginald E. PAYLOR, Plaintiff— Appellant,**

v.

**Ernest SUTTON, Superintendent; Jay Marrow, Medical Administrator; Michael Baker, Administrative Officer; David O'Neil, Clothes House Officer; Sivara Manickavasagar, Doctor, Defendants—Appellees.**

No. 03–7342.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 6, 2003.

Decided Nov. 20, 2003.

Reginald E. Paylor, pro se. Deborrah Lynn Newton, Assistant Attorney General, Raleigh, North Carolina; John Walton Minier, Yates, McLamb & Weyher, Raleigh, North Carolina, for Appellees.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM

Reginald Paylor appeals the district court's order granting summary judgment in favor of the Defendants and dismissing Paylor's action filed pursuant to 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Paylor v. Sutton,* No. CA–02–507–5–BO (E.D.N.C. July 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*